IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RASHAAD DANIEL CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-092 |
| | ) | |
| FELICIA SHARPE, Sgt., Corrections Corporation of America; JASON MEDLIN, Warden; and HOMER BRYSON, Commissioner, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 12). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Medlin and Bryson, along with the Eighth Amendment claim regarding the shower provided after Defendant Sharpe discharged OC spray on Plaintiff.

SO ORDERED this 9th day of January, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE